# United States Court of Appeals
## For the First Circuit

No. 25-1727

ASSOCIATION OF AMERICAN UNIVERSITIES; AMERICAN COUNCIL ON EDUCATION; ASSOCIATION OF PUBLIC AND LAND-GRANT UNIVERSITIES; BROWN UNIVERSITY; CALIFORNIA INSTITUTE OF TECHNOLOGY; CORNELL UNIVERSITY; BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; MASSACHUSETTS INSTITUTE OF TECHNOLOGY; REGENTS OF THE UNIVERSITY OF MICHIGAN; BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY; TRUSTEES OF PRINCETON UNIVERSITY; UNIVERSITY OF ROCHESTER,

Plaintiffs - Appellees,

v.

DEPARTMENT OF ENERGY; CHRIS WRIGHT, in the official capacity as Secretary of the Department of Energy,

Defendants - Appellants.

**ORDER OF COURT**

Entered: October 28, 2025

The Joint Motion for Stay of Briefing Schedule in Light of Lapse in Appropriations "until Department of Justice attorneys . . . resume their usual civil litigation functions" is granted. The government shall notify this court forthwith when those functions are resumed.

By the Court:

Anastasia Dubrovsky, Clerk

cc:
Donald Campbell Lockhart, Eric Dean McArthur, Brett Allen Shumate, Abraham R. George, Nicole Marie O'Connor, Jennifer Utrecht, Courtney Dixon, Brian Lea, Shoba Pillay, Paul D Clement, Lindsay C. Harrison, James Xi, Zachary C. Schauf, Ishan Kharshedji Bhabha, Lauren J. Hartz, Elizabeth Henthorne, Kyle Raymond Eiswald