# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIRST CIRCUIT

| | |
|---|---|
| ASSOCIATION OF AMERICAN UNIVERSITIES; AMERICAN COUNCIL ON EDUCATION; ASSOCIATION OF PUBLIC AND LAND-GRANT UNIVERSITIES; BROWN UNIVERSITY; CALIFORNIA INSTITUTE OF TECHNOLOGY; CORNELL UNIVERSITY; BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; MASSACHUSETTS INSTITUTE OF TECHNOLOGY; REGENTS OF THE UNIVERSITY OF MICHIGAN; BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY; TRUSTEES OF PRINCETON UNIVERSITY; UNIVERSITY OF ROCHESTER,<br>    *Plaintiffs-Appellees,*<br><br>*v.*<br><br>DEPARTMENT OF ENERGY; CHRIS WRIGHT, in the official capacity as Secretary of the Department of Energy,<br>    *Defendants-Appellants.* | No. 25-1727 |

### ***CORRECTED*** UNOPPOSED MOTION TO VOLUNTARILY DISMISS APPEAL

Pursuant to Federal Rule of Appellate Procedure 42(b), defendants-appellants Department of Energy and Chris Wright hereby move to voluntarily

dismiss this appeal, with each party to bear its own costs. Counsel for plaintiffs-appellees have authorized us to state that they do not oppose this motion.

                                                      Respectfully submitted,

                                                      AUGUST E. FLENTJE
                                                      /s/ *Jennifer L. Utrecht*
                                                      JENNIFER L. UTRECHT
                                                      (202) 353-9039
                                                      Attorneys
                                                      Civil Division, Appellate Staff
                                                      U.S. Department of Justice
                                                      950 Pennsylvania Ave NW, Room 7710
                                                      Washington, D.C. 20530

MARCH 2026

## CERTIFICATE OF COMPLIANCE

Pursuant to Federal Rule of Appellate Procedure 32(g)(1), I hereby certify that this motion complies with Federal Rule of Appellate Procedure 27(d)(1)(E) because it was prepared with Century Schoolbook 14-point, a proportionally spaced font with serifs, and the motion complies with Federal Rule of Appellate Procedure 27(d)(2) because it contains 51 words, according to the word count of Microsoft Word.

                                                */s/ Jennifer L. Utrecht*
                                                Jennifer L. Utrecht