# United States Court of Appeals
## For the First Circuit

No. 25-1727

ASSOCIATION OF AMERICAN UNIVERSITIES; AMERICAN COUNCIL ON EDUCATION; ASSOCIATION OF PUBLIC AND LAND-GRANT UNIVERSITIES; BROWN UNIVERSITY; CALIFORNIA INSTITUTE OF TECHNOLOGY; CORNELL UNIVERSITY; BOARD OF TRUSTEES OF THE UNIVERSITY OF ILLINOIS; MASSACHUSETTS INSTITUTE OF TECHNOLOGY; REGENTS OF THE UNIVERSITY OF MICHIGAN; BOARD OF TRUSTEES OF MICHIGAN STATE UNIVERSITY; TRUSTEES OF PRINCETON UNIVERSITY; UNIVERSITY OF ROCHESTER,

Plaintiffs - Appellees,

v.

DEPARTMENT OF ENERGY; CHRIS WRIGHT, in the official capacity as Secretary of the Department of Energy,

Defendants - Appellants.

**JUDGMENT**

Entered: March 16, 2026

Upon consideration of Appellants' motion, it is hereby ordered that this appeal be voluntarily dismissed pursuant to Fed. R. App. P. 42(b)(2). The case is removed from the calendar for Tuesday, April 7, 2026. Mandate will issue forthwith.

By the Court:

Anastasia Dubrovsky, Clerk

cc: Donald Campbell Lockhart, August E. Flentje, Eric Dean McArthur, Brett Allen Shumate, Abraham R. George, Nicole Marie O'Connor, Jennifer Utrecht, Shoba Pillay, Paul D Clement, Lindsay C. Harrison, James Xi, Zachary C. Schauf, Ishan Kharshedji Bhabha, Lauren J. Hartz, Elizabeth Henthorne, Kyle Raymond Eiswald, Jessica Lynn Ellsworth, and Jackson Bruce Skeen.